1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11 | FREDERICK C. ANDERSON,                     )   Case No.: 1:16-cv-00251 LJO JLT
                                              )
12 |            Plaintiff,                     )   ORDER CONTINUING SCHEDULING
                                              )   CONFERENCE
13 |        v.                                 )
                                              )
14 | RIVERWALK HOLDINGS, LTD, et al.,          )
                                              )
15 |            Defendants.                    )
                                              )
16 | _____      )

17         On February 23, 2016, Plaintiff filed this action.  (Doc. 1)  The same day, the Court issued the

18 summonses (Docs. 4, 5) and its order setting the mandatory scheduling conference to occur on

19 February 8, 2016.  (Doc. 6)  More than a month later on March 30, 2016, Plaintiff filed his first

20 amended complaint. (Doc. 8)  Plaintiff is reminded of his obligation to serve the summons and

21 complaint in a timely fashion.  Notably, in its order setting the mandatory scheduling conference, the

22 Court advised:

23         The Court is unable to conduct a scheduling conference until defendants have been
           served with the summons and complaint. Accordingly, plaintiff(s) shall diligently
24         pursue service of summons and complaint and dismiss those defendants against whom
           plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of
25         the summons and complaint so the Court has a record of service. **Counsel are referred
           to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint.**
26         **Failure to timely serve summons and complaint may result in the imposition of
           sanctions, including the dismissal of unserved defendants.**

27

28 (Doc. 6 at 1-2, emphasis added)  Failure to serve the summons and complaint within the time period

1    set forth in Fed. R. Civ. P. 4(m) will result in a recommendation that the Court dismiss the unserved

2    defendants.

3         Therefore, the Court **ORDERS**,

4         1.      The scheduling conference, currently set on April 26, 2016, is continued to June 20,

5    2016 at 9:00 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

6         **Failure to comply with this order may result in the imposition of sanctions, including the**

7    **dismissal of the action.**

8

9    IT IS SO ORDERED.

10      Dated:    **March 31, 2016**                        **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2