Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Andrei Armas, Esq. (299703)
andrei@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**[ADDITIONAL PLAINTIFF'S COUNSEL ON SIGNATURE PAGE]**

David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

*Counsel for Defendants*



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FREDERICK C. ANDERSON,**

**Plaintiff,**

**v.**

**RIVERWALK HOLDINGS, LTD; NELSON & KENNARD; ROBERT S. KENNARD; DONALD NELSON,**

**Defendants.**

Case No.: 1:16-cv-00251-LJO-JLT

**JOINT MID-DISCOVERY STATUS REPORT**

**DATE:** December 2, 2016
**TIME:** 9:00 a.m.

**HON. JENNIFER L. THURSTON**

**TELEPHONIC APPEARANCE REQUESTED**

Plaintiff FREDERICK C. ANDERSON ("Plaintiff") and defendants NELSON & KENNARD; ROBERT S. KENNARD; DONALD NELSON ("Defendants") (collectively Plaintiff and Defendants referred to as the "Parties") jointly submit this Mid-Discovery Status Report in accordance with the Court's Scheduling Order [Dkt. No. 21.].

**I. Telephonic Appearance Requested**

The Parties request to appear telephonically at the Mid-Discovery Status Conference. The Parties will timely make reservations through CourtCall and submit their respective reservation confirmations to JLTOrders@caed.uscourts.gov and SHall@caed.uscourts.gov.

**II. Completed Discovery**

**A. Initial Disclosures**

The Parties have timely made and supplemented their respective Initial Disclosures.

**B. Status**

On July 27, 2016, Plaintiff propounded discovery requests on Defendants, including; (i) Requests For Admissions (ii) Special Interrogatories, and (iii) Request For Production Of Documents. Plaintiff sent these requests via Fed Ex and also sent Defendants courtesy copies via email.

On September 30, 2016, following two extensions with the understanding that Defendants will provide substantive responses, Plaintiff received Defendants' discovery responses, dated September 26, 2016, via mail.

On October 20, 2016, after determining that Defendants' responses were deficient, Plaintiff sent Defendants a meet and confer letter detailing Plaintiff's position, so that the parties could meet and confer in order to resolve the perceived discovery disputes. Plaintiff sent this meet and confer letter via us-mail and email.

The Parties telephonically meet and conferred on October 27, 2016. During this meet and confer, the Parties agreed that Defendants would provide

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626

supplemental and substantive discovery response by November 8, 2016. However, on November 4, 2016, explaining that there has been a tragedy in the family, Defendants again requested an extension to respond to Plaintiff's discovery requests. Based on Defendants representations, Plaintiff agreed to extended the supplemental responsive deadline to November 16, 2016. However, on November 16, 2018, Defendants again requested an extension for the same reason. In order to accommodate Defendants unfortunate circumstances, Plaintiff agreed to a final extension until November 29, 2016. Accordingly, Defendants are to provide supplemental and substantive discovery responses by November 29, 2016.

## III. Discovery Still Needed And Current Impediments

### A. Plaintiff's Status

Plaintiff expects to receive supplemental discovery responses from Defendants by November 29, 2016 through a mutual agreement. Notably, Plaintiff is expecting substantive responses from Defendants regarding – but not limited to: (i) any documents Defendants rely on for their defenses, including affirmative defenses; (ii) any documents pertaining to Defendants' policy/policies for avoiding statue and federal debt collection laws; (iii) any documents, including polices, pertaining to Defendants' practices for collecting consumer debts; (iv) any documents pertaining to Defendants' collection attempts in regards to Plaintiff and this matter, including any written communication sent to Plaintiff or phone calls placed to Plaintiff; (v) any documents related to Plaintiff's alleged debt; and (vi) any documents Defendants claim are relevant in any way to the subject matter of the instant lawsuit.

Although Plaintiff has been accommodating in Defendants requests, especially due to the unfortunate circumstances, Plaintiff would like to properly evaluate the discovery responses before meeting any court imposed deadlines.

//

//

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626

**B. Defendants' Status**

Defendant intends to serve written discovery upon Plaintiff within the next couple of weeks.

Dated: November 23, 2016 Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ___/s/ Andrei Armas______
ANDREI ARMAS, ESQ.
ATTORNEYS FOR PLAINTIFF

**ADDITIONAL PLAINTIFF'S COUNSEL**

**CARDOZA LAW CORPORATION**
Michael F. Cardoza, Esq. (194065)
mike.cardoza@cardozalawcorp.com
548 Market Street, #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700

Dated: November 23, 2016 Respectfully submitted,

**CARLSON & MESSER, LLP**

By: ___/s/Tamar Gabriel___
DAVID J. KAMINSKI, ESQ.
TAMAR GABRIEL, ESQ.
ATTORNEYS FOR DEFENDANTS

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their authorization to affix electronic signature to this document.

Dated: Dated: November 23, 2016

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Andrei Armas____
ANDREI ARMAS, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 1939 Harrison Street, Suite 912, Oakland, California 94612. On November 23, 2016, I served the within document(s):

**JOINT MID-DISCOVERY STATUS REPORT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 23, 2016, at Oakland, California.

/s/ Andrei Armas
ANDREI ARMAS