UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERWALK HOLDINGS, LTD, et al.<br><br>    Defendants. | Case No.: 1:16-cv-00251- LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING WITHOUT PREJUDICE THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 26, 34) |

Plaintiff Frederick Anderson, seeks the entry of default judgment Defendant Riverwalk Holdings, Ltd.  (Doc. 26)  On December 16, 2016, the assigned magistrate judge found the factors articulated by the Ninth Circuit in Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weighed against the entry of default judgment. (Doc. 34 at 4-7) In addition, the magistrate judge found it was "in the interest of justice to not enter default judgment while Robert Kennard, Donald Nelson, and Nelson & Kennard remain to defend." (Id. at 8, citing SEC v. Loomis, 2010 U.S. Dist. LEXIS 87021, at *12-13 (E.D. Cal. Aug. 2010) (finding just reason for delay in entry of default judgment "given the overlapping nature of the claims as to different defendants").  Therefore, the magistrate judge recommended Plaintiff's motion be denied.  (Id. at 8)

The parties were given fourteen days to file any objections to the recommendation that the action be dismissed.  (Doc. 34 at 8) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id., citing Martinez

v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)).  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated December 16, 2016 (Doc. 34) are **ADOPTED IN FULL**; and

2. Plaintiff's application for default judgment (Doc. 26) **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:  **January 11, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE