# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK C. ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**RIVERWALK HOLDINGS, LTD; NELSON & KENNARD; ROBERT S. KENNARD; DONALD NELSON,**<br><br>Defendants. | **Case No.:** 1:16-cv-00251-LJO-JLT<br><br>**ORDER ENTERING JUDGMENT AGAINST DEFENDANTS**<br><br>**HON. LAWRENCE J. O'NEIL** |

On March 9, 2017, Defendant NELSON & KENNARD; ROBERT S. KENNARD; and, DONALD NELSON ("Defendants") made an Offer of Judgment to Plaintiff FREDERICK C. ANDERSON ("Plaintiff"). Thereafter, Plaintiff accepted said Offer on March 23, 2017. [ECF No. 39]. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiff and against Defendants pursuant to Federal Rule of Civil Procedure, Rule 68; and,
2. Said Judgment shall be for the sum of $7,500.00 (seven thousand five hundred dollars and zero cents); plus Plaintiff's reasonable attorneys' fees; and, costs.

IT IS SO ORDERED.

Dated: **March 24, 2017**         /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE

**PROOF OF SERVICE**